# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,

       Plaintiff,                    No. CIV S-09-0686 MCE KJM P

  vs.

MR. BOYLES,

       Defendants.          **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Larry W. Kirk, inmate # G-40815, a necessary and material witness in proceedings in this case on August 9, 2010, is confined in Deuel Vocational Institution, 23500 Kasson Road, Tracy, California 95376, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before mediator Joe Ramsey, to appear from the institution by video conference at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #1 on Monday, August 9, 2010 at 11:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video conference in a mediation at the time and place above, until completion of the mediation; and

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Deuel Vocational Institution, P. O. Box 400, Tracy, California, 95378:**

      **WE COMMAND** you to produce the inmate named above to testify before Joe Ramsey by video conference at the time and place above, until completion of the mediation.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 8, 2010.

                                                   _____
                                                   U.S. MAGISTRATE JUDGE