IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,

        Plaintiff,         No. CIV-09-686 MCE CMK (TEMP) P

   vs.

MR. BOYLES,

        Defendant.         <u>ORDER</u>

/

        Upon the stipulation of the parties, this action is dismissed with prejudice. Fed. R. Civ. P. 41(a)(1).

        IT IS SO ORDERED.

DATED: January 13, 2011

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

hm
kirk0686.ord

1